No. 507. James *v.* United States. C. A. 9th Cir. Certiorari denied. *William Lee McLane, Nola McLane* and *Thaddeus Rojek* for petitioner. *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *John B. Jones, Jr.,* for the United States.

No. 508. Brotherhood of Locomotive Firemen & Enginemen et al. *v.* Illinois Central Railroad Co. C. A. 7th Cir. Certiorari denied. *Harold C. Heiss, Russell B. Day, Harold N. McLaughlin, V. C. Shuttleworth, Harry Wilmarth, Burke Williamson* and *Jack A. Williamson* for petitioners. *John W. Foster, Robert S. Kirby, William F. Bunn* and *Joseph H. Wright* for respondent.

No. 509. King, Administratrix *v.* Simmons, Administratrix. C. A. 4th Cir. Certiorari denied. *Willis Smith, Jr.,* for petitioner. *Howard E. Manning* for respondent.

Nos. 510 and 542. Gianfrancesco *v.* Ohio. Supreme Court of Ohio. Certiorari denied. *Edward L. Williams* and *W. Glenn Osborne* for petitioner. *Loren E. Van Brocklin* for respondent in No. 510. *Lynn B. Griffith, Jr.,* for respondent in No. 542.

No. 511. Middlesex County National Bank *v.* Hassan, Trustee in Bankruptcy. C. A. 1st Cir. Certiorari denied. *Leonard M. Salter* for petitioner.

No. 516. Bank Building & Equipment Corp. of America *v.* Rees. C. A. 7th Cir. Certiorari denied. *Donald N. Clausen, John P. Gorman* and *Fredric H. Stafford* for petitioner. *Lee A. Freeman* for respondent.